**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 286 MAL 2015

              Respondent      :

                                :   Petition for Allowance of Appeal from

                                :   the Order of the Superior Court

        v.                      :

                                :

                                :

RENE SANCHEZ,                  :

                                :

             Petitioner        :

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 27th day of October, 2015, the Petition for Allowance of Appeal is **DENIED**.